

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Anthony Adams, Appellant

No. 06-13-00013-CR        v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 16,092). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. Partial Dissenting Opinion by Justice Moseley.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 13, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk